### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 14-cv-00654-REB-CBS

DAVID MAZIN,

    Plaintiff,

v.

JEFFREY TRUE,
KRISTIN GENTA,
ERIN LAND,
HENRY HASLER,
NOEL PETERSON,
BARBARA BROHL,
LAURA HARRIS, and
CITY OF COLORADO SPRINGS, COLORADO,

    Defendants.

### MINUTE ORDER[1]

The matter is before the court on defendants Hasler, Peterson, Brohl and Harris' **Motion To Dismiss** [#20][2] filed April 29, 2014.  The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B1.

    Dated:  June 2, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.