## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00654-REB-CBS

DAVID MAZIN

      Plaintiff

v.

JEFFREY TRUE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY;
KRISTIN GENTA, IN HER OFFICIAL AND INDIVIDUAL CAPACITY;
ERIN LAND, IN HER OFFICIAL AND INDIVIDUAL CAPACITY;
HENRY HASLER, IN HIS INDIVIDUAL CAPACITY;
NOEL PETERSON, IN HIS INDIVIDUAL CAPACITY;
BARBARA BROHL, IN HER OFFICIAL CAPACITY;
LAURA HARRIS, IN HER OFFICIAL CAPACITY; AND
CITY OF COLORADO SPRINGS, COLORADO

      Defendants

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#70] of Judge Robert E. Blackburn entered on March 16, 2015 it is

ORDERED that judgment is entered in favor of the defendants and against the plaintiff.  The defendants are awarded their costs to be taxed by the clerk of the court in the time and manner specified in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 16th day of March, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  A. Lowe

A. Lowe
Deputy Clerk